# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## Case Number 1:10cv50

| | | |
|---|---|---|
| **SunTrust Bank** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **Vs.** | ) | **ENTRY OF DEFAULT** |
| | ) | |
| **Gregory A Edney** | ) | |
| **Defendant** | ) | |
| | ) | |

THIS CAUSE COMING BEFORE THE COURT for entry of default by the Clerk pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and upon the application of the Plaintiffs for entry of default against Gregory A Edney.

IT APPEARING TO THE COURT that the named Gregory A Edney. Is in default for failing to plead or otherwise defend this action as required by law.

NOW THEREFORE, default is hereby entered against Defendant Gregory A Edney.

Signed: April 20, 2010

Frank G. Johns, Clerk
United States District Court