# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:10cv50

| | |
|---|---|
| SUNTRUST BANK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| 890 HENDERSONVILLE ROAD, ) | |
| LLC; JOE C. BRUMIT II; ) | |
| CHARLES D. OWEN III; and ) | |
| GREGORY A. EDNEY, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court *sua sponte*.

The parties have advised the Court's chambers that all of the claims in this matter have been settled in mediation, with the exception of the Plaintiff's claims against Defendant Gregory A. Edney. The Clerk made an entry of default against Edney on April 20, 2010. To date, however, the Plaintiff has not sought a judgment of default against this Defendant.

Accordingly, **IT IS, THEREFORE, ORDERED** that within ten (10) days of the entry of this Order that the Plaintiff shall file its motion for default judgment as against Defendant Edney, or dismiss said claim or take such other action as to move toward a final resolution of said claim.

**IT IS FURTHER ORDERED** that within thirty (30) days of the entry of this Order that the parties shall file their Stipulation of Dismissal of all other claims herein.

Signed: April 4, 2011

Martin Reidinger
United States District Judge