IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| SUNTRUST BANK, | ) |
| Plaintiff, | ) Case No. 1:10-CV-00050-MR-DLH |
| v. | ) |
| 890 HENDERSONVILLE ROAD, LLC, JOE C. BRUMIT II, CHARLES D. OWEN III, and GREGORY A. EDNEY, | ) **DEFAULT JUDGMENT** |
| Defendants. | ) |

Defendant Gregory A. Edney ("Edney") has failed to plead or otherwise defend in this action, and a default has been entered.

**IT APPEARS TO THE COURT**, upon motion of plaintiff SunTrust Bank ("SunTrust"), that Edney is indebted to SunTrust in the amount of $689,177.15 plus pre-judgment interest at the rate of $23.55 per diem from January 12, 2010 until judgment;

**IT IS THEREFORE ORDERED** that SunTrust recover judgment against Edney in the amount of $689,177.15 plus pre-judgment interest at the rate of $23.55 per diem from January 12, 2010 until judgment and post-judgment interest at the legal rate from the date of the judgment forward.

Signed: May 4, 2011

Frank G. Johns, Clerk
United States District Court